PC:MM
F.# 2011R01628

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANGEL CORTEZ-GRANADOS,

               Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 11. No. _____ 657

(T. 18, U.S.C., §§ 1591(a)(1), 1591(b)(1), 2 and 3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2011 ★
BROOKLYN OFFICE

TOWNES, J.

CARTER, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Sex Trafficking)

In or about and between April 2011 and August 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANGEL CORTEZ-GRANADOS, together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, in and affecting interstate and foreign commerce, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause Jane Doe to engage in one or more commercial sex acts, which offense was

effected by such means of force, threats of force, fraud, coercion and a combination of such means.

(Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

-2-

FORM DBD.34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

ANGEL CORTEZ-GRANADOS,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1591(a)(1), 1591(b)(1), 2 and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day.

Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

Pamela Chen, AUSA (718) 254-7575