## Criminal Calendar: Sentencing

**Before: Sandra L. Townes, U.S.D.J.**

Date: 9/20/13      Time: 11:20 – 11:50
DOCKET NUMBER: 11CR657(SLT)
DEFENDANT'S NAME: Angel Cortez Granados
    X Present    ___ Not Present    X In Custody    ___ Bail
DEFENSE COUNSEL: Robert Soloway
    ___ Legal Aid   X CJA   ___ Retained
AUSA: Saumya Dayananda         Deputy Clerk: V. Frullo
INTERPRETER: Estrellita Pestka   (Language) Spanish
COURT REPORTER/ESR: Lisa Schwam    PROBATION OFFICER: P. Sullivan

X The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

Total Offense Level: 33
Criminal Hist. Cat: I
Imprisonment Range: 135-168
Supervision Range: 5 - Life
Fine Range: 17500 - 175000

X Defendant is given the opportunity to speak on his/her behalf.

X The Pre-sentence Report is adopted with or without change.

X Defendant is sentenced to **180** months imprisonment and **5** years of supervised release.

Special conditions of Supervision are as follows:
X No use of a firearm or weapons.    ___ Drug treatment    ___ Mental Health treatment
X If deported deft may not illegally re-enter the U.S.    ___ Search condition
___ Curfew for a period of __ months from __ to __ with E/M or voice.
___ Home confinement for a period of __ months.    ___ Limitations on use of Internet.
  ☐ comply w/ sex offender registry. No contact w/ victims.

X Defendant is ordered to pay: restitution $ 145,815.00, fine $ _____
X Defendant is ordered to pay a special assessment of $100.00 on each Count of conviction.

Monetary penalties are due as follows:
  25% of his earnings

X The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to **PA**.
___ The Court recommends: _____
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2:00pm on _____    ☐ as notified by USMS or    ☐ as notified by P.O.

X Open count(s) _____ is/are dismissed on motion of the government.

X Defendant advised of right to appeal.